**Order entered January 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00425-CV

**WILSON AND JANICE JONES, AND ALL OCCUPANTS, Appellant**

**V.**

**SECRETARY OF VETERANS AFFAIRS, Appellee**

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-11-08796-C**

## ORDER

The Court has before it appellee's January 25, 2013 motion to withdraw and for substitution of counsel. The Court **GRANTS** the motion and **DIRECTS** the Clerk of the Court to remove Barrett, Daffin, Frappier, Turner & Engel LLP and Hopkins and Williams, PLLC as counsel of record for appellee and to substitute Jack O'Boyle & Associates as counsel for appellee with Christopher S. Ferguson as lead counsel.

/s/     ELIZABETH LANG-MIERS
        JUSTICE